## IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 2:09-592 |
| ) | |
| **vs.** ) | **ORDER POSTPONING** |
| ) | **REPORT DATE** |
| **HEATHER MURRAY** ) | |
| ) | |

This matter comes before me pursuant to a motion by the defendant through her counsel, Assistant Federal Public Defender Ann Briks Walsh, with the consent of Assistant U.S. Attorney Nathan Willilams to postpone the reporting date of the defendant for the service of her sentence. She currently has a reporting date of June 30, 2011. A final hearing will be scheduled in July, 2011. The defendant has been compliant with the conditions of bond and has had no violations. I find that the interests of justice are served by allowing a postponement of the report date. Based on the foregoing, it is

ORDERED that the report date for the defendant be delayed until the end of July, 2011.

David C. Norton
Chief United States District Judge

Charleston, South Carolina
June 29, 2011